## Commonwealth *v.* Lindemann, Appellant.

Argued November 13, 1973. *Stanton D. Levenson,* with him *Watzman, Levenson and Snyder,* for appellant; *John G. Alford,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Conviction affirmed and record remanded for resentence under The Controlled Substance, Drug, Device and Cosmetic Act of 1972, 35 P.S. §§780-101. *See Commonwealth v. Simpson,* 222 Pa. Superior Ct. 296, 294 A. 2d 805 (1972).

SPAULDING, J., absent.